IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -vs-

TIMOTHY DEAN PETERSON,

          Defendant.

---

FILED

07 CR 149

07-CR-

**INFORMATION**
(Title 18, United States Code, Section 2423(b))

### COUNT 1

**The United States Attorney Charges:**

On or about the 28th day of February 2007, in the Western District of New York, the defendant TIMOTHY DEAN PETERSON, did travel in interstate commerce for the purpose of engaging in "illicit sexual conduct", as that term is defined in 18 U.S.C. 2423(f), in that the defendant did travel from the State of Pennsylvania to the Western District of New York for the purpose of engaging in a sexual act with a person who had attained the age of 12 years but who had not attained the age of 16 years and who was at least four (4) years younger than the defendant.

All in violation of Title 18, United States Code, Section 2423(b).

DATED: Buffalo, New York, June 26, 2007.

TERRANCE P. FLYNN
United States Attorney
Western District of New York

BY: _____
JAMES P. KENNEDY, JR.
Assistant United States Attorney